UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATIE MALONEY WALLACE,

                Petitioner,

    - against -

FUNDATION GROUP LLP

                Respondent.

**ORDER**

21 Civ. 5681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The following schedule will apply to Respondent's motion to dismiss:

1. Respondent's motion is due on **September 7, 2021**;

2. Petitioner's opposition is due on **September 28, 2021**; and

3. Respondent's reply, if any, is due on **October 6, 2021**.

Dated: New York, New York
       August 31, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge