UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATIE MALONEY WALLACE,

           Plaintiff,

    -against-

FUNDATION GROUP LLC,

           Defendant.

**ORDER**

21 Civ. 5681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the Court will conduct a conference in this case on **July 28, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        June 30, 2022

SO ORDERED.

*Paul G. Gardephe* (signature)

_____
Paul G. Gardephe
United States District Judge