UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATIE MALONEY WALLACE,

           Plaintiff,

-against-

FUNDATION GROUP LLC,

           Defendant.

**ORDER**

21 Civ. 5681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for September 8, 2022 will instead take place on **Friday, September 16, 2022 at 10:00 a.m.**

Dated:  New York, New York
         September 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge