UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

KATIE MALONEY WALLACE,

        Petitioner,

    -against-

FUNDATION GROUP LLC,

        Respondent.

**ORDER**

21 Civ. 5681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    As stated on the record on September 16, 2022, Respondent Fundation Group LLC will file a letter by **September 23, 2022** stating whether it wishes to file a brief opposing Petitioner Katie Maloney Wallace's motion to remand, or whether it will consent to a remand.

Dated: New York, New York
       September 19, 2022

SO ORDERED.

*/s/ Paul G. Gardephe*
───────────────────────────
Paul G. Gardephe
United States District Judge