UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATIE MALONEY WALLACE,

           Petitioner,

-against-

FUNDATION GROUP LLC,

           Respondent.

**ORDER**

21 Civ. 5681 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      With Defendant's consent (Dkt. No. 35), this case is remanded to the New York State Supreme Court. The Clerk of Court is directed to close this case.

Dated: New York, New York
       September 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge